IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CHRISTINE HEERY,
          *Plaintiff,*

   v.

DIGITAL REALTY, LP, ET AL.,
          *Defendants*.

1:23-cv-1746 (MSN/IDD)

ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ivan D. Davis on March 14, 2025 (ECF 47) ("Recommendation").[1] Having reviewed the record and Judge Davis' Recommendation, and finding good cause to do so, the Court will adopt the Recommendation. Accordingly, it is hereby

    **ORDERED** that the Recommendation is **APPROVED** and **ADOPTED** in full; it is further

    **ORDERED** that Defendant's Motion to Dismiss for Lack of Prosecution (ECF 39) is **GRANTED**; it is further

    **ORDERED** that Plaintiff's action is **DISMISSED** without prejudice.

    It is **SO ORDERED.**

The Clerk is directed to forward a copy of this Order to counsel of record and mail a copy of this Order to Plaintiff, *pro se*.

                                   /s/
                            Michael S. Nachmanoff
                            United States District Judge

April 15, 2025
Alexandria, Virginia

---

[1] Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline to submit any objections to Judge Davis' Recommendation was March 28, 2025. Because no such objections have been filed, the Court embraces Judge Davis' analysis without reservation.